UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
SECOND AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **MIGUEL ANGEL VILLAVERDE**   CASE NO. **11-37442-BKC-LMI**
Last four digits of SS No. <u>4201</u>


**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$6,573.67** for months **1** to **60**, beginning **October 30, 2011**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $7,025.00 (SAFE HARBOR, Base-$3,500.00, Cost-$150.00, Motion to Value Real Property-$775.00, Motion to Value Real Property-$775.00; Motion to Value Real Property-$775.00; Motion to Value Personal Property-$525.00; Motion to Value Personal Property-$525.00) Paid Fees: $2,500.00; Balance Due: $4,525.00; payable $754.17/mo. (Mo. 1 to 6)
**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

1. **MIAMI-DADE COUNTY TAX COLLECTOR (Prop. Taxes Homestead Prop. - 7991 W 8 Ave., MF 33014) -** Total Due on Petition Date: $12,000.00
<u>140 W. Flagler St.</u>          Payable; $100.00/mo. (Mo. 1 to 6) and
<u>Ste 101</u>                    $327.45/mo. (Mos. 7 to 60)
<u>Miami, FL 33131</u>      [payments include 18% interest]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**


1. **GMAC MORTGAGE (1st Mtg Inv. Prop. #1 - 1698 NE 176 St., NMB, FL 33162)** –
Value Due on Petition Date: $78,000.00;
<u>c/o Florida Default Law Group</u>    Payable; $1,000.00/mo. (Mo. 1 to 6) and
<u>POB 25018</u>                       $1,455.83/mo. (Mos. 7 to 60)
<u>Tampa, FL 33622</u>         [payments include 3.25% interest]
<u>Acct #F09042496</u>

2. **WELLS FARGO (1st Mtg Inv. Prop. #2 - 5495 E. 4 Ave., Hialeah, FL 33012)** –
Value Due on Petition Date: $100,000.00;
<u>c/o Law Office of Marshall C. Watson</u>   Payable; $2,857.14/mo. (Mo. 1 to 6) and
<u>1800 NW 49 St, Ste 120</u>               $1,691.43/mo. (Mos. 7 to 60)
<u>Ft. Lauderdale, FL 33309</u>       [payments include 3.25% interest]
<u>Acct #09-02122</u>

3. **JOSE GARCIA (1st Mtg Inv. Prop. #3 - 9561 NW 33 Manor, Sunrise, FL 33351)** - Value Due on Petition Date: $110,000.00;
<u>c/o Raul Gastesi, Jr. Esquire</u>   Payable; $1,000.00/mo. (Mo. 1 to 6) and
<u>8105 NW 155 St</u>                 $2,098.67/mo. (Mos. 7 to 60)
<u>Hilaeha, FL 33016</u>         [payments include 3.25% interest]

4. **FORD CREDIT -** VALUE OF A 2006 FORD FREESTAR and warranty, if applicable, $3,800.00; Payment; $100.00/mo. (Mo. 1 to 6) and $69.06/mo. (Mos. 7 to 60) [payments include 5.25% interest]


5. **SO. FLA LEASING -** VALUE OF A 2008 Lincoln MKC and warranty, if applicable, $12,281.76; Payment; $100.00/mo. (Mo. 1 to 6) and $268.87/mo. (Mos. 7 to 60) [payments include 8.50% interest]
**Priority Creditors**: [As defined in 11 U.S.C. Section 507]


LF-31 (rev. 01/08/10)

**NONE**

**Unsecured Creditors**: Payable: $5.00/mo. (Mo. 1 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS**: All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's attorney of any increases in all regular monthly payments during the life of the Chapter 13 Plan.

**SPECIAL PROVISION**: Pursuant to Section 521 (f)(1), the Debtor(s) shall provide a copy of each federal income tax return to the Chapter 13 Trustee required under applicable law, with respect to each tax year of the Debtor ending while the case is pending under such chapter.

Dated: May 1, 2012

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 1st day of May, 2012.

Law Offices of Michael J. Brooks,  
Michael A. Frank,  
& Rodolfo De La Guardia  
Attorney for Debtor(s)  
10 N.W. LeJeune Road, Suite 620  
Miami, FL  33126-5431  
(305) **443-4217**  
Pleadings@bkclawmiami.com

By /s/  
Michael J. Brooks  
Florida Bar No. 434442

LF-31 (rev. 01/08/10)